**Order filed January 3, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00972-CV
_____

### MARIA H. MARTINEZ AND ANGEL MARTINEZ, Appellant

### V.

### VICENTE LOPEZ RAMIREZ, Appellee

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50691**

## ORDER

Appellant's spouse, Angel Martinez, petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 17-36735-H4. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, on January 5, 2018, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On November 13, 2018, appellants filed a notice of termination of bankruptcy stay with respect to the real property that is the subject of this appeal. Attached to the notice is a true copy of the bankruptcy court's order confirming the Chapter 13 plan lifting the stay for purposes of this appeal.

Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

PER CURIAM